**STATE of Missouri, Respondent,**

v.

**John D. CARTER, Jr., Appellant.**

**No. WD 35880.**

Missouri Court of Appeals,
Western District.

Jan. 16, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied
March 5, 1985.

Application to Transfer Denied
April 2, 1985.

James W. Fletcher, Public Defender, Sean D. O'Brien, Asst. Public Defender, Kansas City, for appellant.

Albert A. Riederer, Pros. Atty., Cathy Starke, Asst. Pros. Atty., Kansas City, for respondent.

Before PRITCHARD, P.J., and SHANGLER and DIXON, JJ.

ORDER

PER CURIAM.

Appeal from jury trial conviction for assault in the first degree with a deadly weapon, Section 565.050, RSMo 1978, and sentence of twenty years imprisonment.

Affirmed. Rule 30.25(b).